Appellant. — Motion denied, with leave to apply at Special Term to amend the notice of appeal.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

NICHOLAS BRIGANTI, as Administrator, etc., Respondent, v. FRANK SZEMKO and Another, Copartners, etc., and DAVID MEYER, Appellants. — Motion denied, without costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

NICHOLAS BRIGANTI, as Administrator, etc., Respondent, v. FRANK SZEMKO and Another, Copartners, etc., and DAVID MEYER, Appellants. — Motion denied, without costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

VIRA CORNELL, Respondent, v. SEYMOUR W. BONSALL, Appellant, and Others, Defendants. — Motion denied, without costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

ROSE M. DAVIS, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant. — Motion denied, on condition that appellant perfect the appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

JOHN DUNSMURE, Respondent, v. HOTEL SHELBURNE, INC., Appellant. — Motion denied, on condition that appellant perfect the appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

ADOLPH C. HOTTENROTH, Respondent, v. ROBERT K. MICKEY and GENERAL AERONAUTIC COMPANY, Appellants. — Motion granted, without costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of Supplementary Proceedings:  COOPER COMPANY, Respondent, v. BERNARD NAUMBURG, Appellant. — Motion for stay granted, without costs.  Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.; Blackmar, J., taking no part.

In the Matter of the Petition of WILLIAM A. GOODHART to Prove the Last Will and Testament of JOSEPHINE A. MAXWELL, etc. — Motion granted, and order signed.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of the Application of JOHN J. GRAHAM, an Attorney. — Motion denied, without prejudice to further proceedings by either party. Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

In the Matter of the Application, Pursuant to Section 36 of the Public Officers Law, for the Removal of a Village President, on Complaint of SYLVESTER TEATOR against PATRICK H. MOREY, as President of the Village of Tivoli, Dutchess County, N. Y. — Application denied.  Assuming that the charges (none of which involves corruption, and many of which are alleged to have been committed in preceding terms of the official) were specifically stated with substantial certainty, which we do not decide, the term of the village president is about to expire, and it would be impracticable for this court to conduct a hearing and make a decision before the